ORIGINAL

# In the United States Court of Federal Claims

(Pro Se)

| | |
|---|---|
| CRYSTAL FRASIER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | **FILED** <br> MAR - 7 2017 <br> U.S. COURT OF <br> FEDERAL CLAIMS <br><br> No. 16-1323C <br> (Filed: March 7, 2017) |

## ORDER

On December 12, 2016, the government filed a motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Rules of the Court of Federal Claims (RCFC). Docket No. 5. Ms. Frasier's response to the motion was due by January 12, 2017. See RCFC 6(a)(1), 6(d), & 7.2(b). By January 25, 2017, Ms. Frasier had not responded to the government's motion and the Court issued an order to show cause as to why Ms. Frasier's complaint should not be dismissed pursuant to RCFC 41(b), for failure to comply with the Rules of this Court or to prosecute this case. Order, Docket No. 6. Ms. Frasier's response to that order was due by February 24, 2017. Id. She has not, however, responded. Therefore, pursuant to RCFC 41(b), the Court hereby **DISMISSES** Ms. Frasier's complaint without prejudice. The Clerk is directed to enter judgment accordingly. Each party shall bear its own costs.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge

7014 1200 0000 9093 6767